IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TEVIS CHILDS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:25-CV-00033-RWS-JBB |
| | § | |
| TOMMY HUNT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Tevis Childs, an inmate proceeding *pro se*, filed this civil rights lawsuit complaining of alleged violations of his rights. The lawsuit was referred to United States Magistrate Judge J. Boone Baxter.

On May 19, 2025, the Magistrate Judge issued a report and recommendation, recommending the above lawsuit be dismissed without prejudice for failure to obey an order of the Court. Docket No. 7 at 2. A copy of the Report and Recommendation was sent to Plaintiff at his last known address, but no objections have been received. The Fifth Circuit has explained that where a letter is properly placed in the United States mail, a presumption exists that the letter reached its destination in the usual time and was actually received by the person to whom it was addressed. *Faciane v. Sun Life Assurance Co. of Canada*, 931 F.3d 412, 420–21 & n.9 (5th Cir. 2019).

Because no objections have been filed, Plaintiff is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings in this cause and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report and Recommendation of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). It is accordingly

**ORDERED** that the Report and Recommendation of the Magistrate Judge (Docket No. 7) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey an order of the Court.

**So ORDERED and SIGNED this 25th day of June, 2025.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE